IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

DAVID L. SCHNUELLE, Borrower;

Plaintiff,

vs.

MIDSTATES BANK, N.A., TERRY W. ARENTSON, and MIDSTATES BANCSHARES, INC,

Defendants.

4:19-CV-3009

**ORDER**

Defendants have filed a Notice that Plaintiff has filed for bankruptcy and have attached a copy of the Chapter 12 bankruptcy petition filed by Plaintiff on May 15, 2019, with the United States Bankruptcy Court for the District of Nebraska. Filing 27 at 1-2. Pursuant to NEGenR 1.5(a)(1), this matter will be referred to the United States Bankruptcy Court for the District of Nebraska. Accordingly,

IT IS ORDERED:

1. This case is referred to the United States Bankruptcy Court for the District of Nebraska;

2. This case shall be terminated for statistical purposes by the Clerk of the Court for the District of Nebraska; and

3. The Clerk of the Court for the District of Nebraska shall transmit the court files to the Clerk of the Bankruptcy Court for the District of Nebraska.

Dated this 1st day of October, 2019.

BY THE COURT:

_____
Brian C. Buescher
United States District Judge